# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC., AND SABLE IP, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> SPLUNK INC. AND CRITICAL START, INC., <br><br> Defendants. | Civil Action No. 5:21-CV-00040-RWS |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Sable Networks, Inc. and Sable IP, LLC (collectively, "Plaintiffs") and Defendants Splunk Inc. and Critical Start, Inc., through their designated legal counsel, move the Court to dismiss all claims in the above-captioned action by Plaintiffs in their entirety, with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this litigation. A proposed Order accompanies this motion.

Dated: April 4, 2022

| /s/ Daniel P. Hipskind | /s/ Bita Rahebi |
|---|---|
| Dorian S. Berger (CA SB No. 264424)<br>Daniel P. Hipskind (CA SB No. 266763)<br>BERGER & HIPSKIND LLP<br>9538 Brighton Way, Ste. 320<br>Beverly Hills, CA 90210<br>Telephone: 323-886-3430<br>Facsimile: 323-978-5508<br>E-mail: dsb@bergerhipskind.com<br>E-mail: dph@bergerhipskind.com<br><br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: 903-845-5770<br>E-mail: ederieux@capshawlaw.com<br><br>Attorneys for Plaintiffs SABLE NETWORKS, INC. and SABLE IP, LLC | Melissa R. Smith<br>melissa@gillamsmithlaw.com<br>Andrew Thompson ("Tom") Gorham<br>tom@gillamsmithlaw.com<br>GILLAM & SMITH LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: 903.934.8450<br>Facsimile: 903.934.9257<br><br>Michael A. Jacobs<br>mjacobs@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee (*Pro Hac Vice*)<br>roselee@mofo.co<br>Nima I. Kiaei (*Pro Hac Vice*)<br>nkiaei@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>Attorneys for Defendants SPLUNK INC. and CRITICAL START, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 4, 2022.

*/s/ Daniel P. Hipskind*

## **CERTIFICATE OF CONFERENCE**

The undersigned certify that all parties have met and conferred pursuant to Local Rule CV-7(h) and that this Joint Motion is agreed.

*/s/ Daniel P. Hipskind*